IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANDRE D. TROTTER,

    Petitioner,

v.

DEIRDRE A. MORGAN, Warden,
Oak Hill Correctional Institution,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-698-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the petition of Andre D. Trotter for a writ of habeas corpus under 28 U.S.C. § 2254 with prejudice as untimely.

_____      __4/3/13__
Peter Oppeneer, Clerk of Court           Date